649-15

# ELECTRONIC RECORD

COA # 14-06-00088-CR

STYLE: Jason Earl Wooley v The State of Texas

COA DISPOSITION: Affirmed

DATE: October 22, 2009    Publish: No

OFFENSE: Murder

COUNTY: Harris

TRIAL COURT: 176th District Court

TC CASE #:997,161

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Jason Earl Wooley v The State of Texas

CCA # _____

_____PRO SE_____ .    Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

_____REFUSED_____

DATE: _11/04/2015_

JUDGE: _Per Curiam_

CCA Disposition: _____649-15

DATE: _____

JUDGE: _____

SIGNED: _____    PC: _____

PUBLISH: _____    DNP: _____

--------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**